THE PEOPLE'S NATIONAL BANK OF PULASKI, Respondent, *v.* L. H. HEWITT, Appellant.

(Argued January 14, 1930; decided February 11, 1930.)

*Clayton R. Lusk* for appellant.

*Albert Haskell, Jr.,* for respondent.

Judgment modified by reducing the judgment of the Appellate Division to the sum of $24,075, with interest from May 2, 1926, and costs, and as so modified affirmed, without costs in this court; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.